FILED

12 SEP 27 PM 4:04

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  ANDREW B. SERWIN CA Bar No. 179493
      aserwin@foley.com
2  TAMMY H. BOGGS CA Bar No. 252538
      tboggs@foley.com
3  **FOLEY & LARDNER LLP**
   3579 VALLEY CENTRE DRIVE, SUITE 300
   SAN DIEGO, CA  92130-3302
   TELEPHONE:   858.847.6700
4  FACSIMILE:    858.792.6773

5  NANCY L. STAGG, SBN 157034
      nstagg@foley.com
6  **FOLEY & LARDNER LLP**
   402 WEST BROADWAY, SUITE 2100
   SAN DIEGO, CA 92101-3542
   TELEPHONE:   619.234.6655
7  FACSIMILE:    619.234.3510

8  ATTORNEYS FOR DEFENDANT,
   1-800 CONTACTS, INC.

9                    UNITED STATES DISTRICT COURT

10               SOUTHERN DISTRICT OF CALIFORNIA

11  ROBERT REED, INDIVIDUALLY AND ON      CASE No:  **12 CV 2359 JM BG**
    BEHALF OF ALL OTHERS SIMILARLY SITUATED,
12                                          **NOTICE OF REMOVAL**
                      PLAINTIFF,
13
              V.
14
    1-800 CONTACTS, INC., A DELAWARE
15  CORPORATION; AND DOES 1-50, INCLUSIVE.

16                    DEFENDANTS.

17

18

19

20

21

22

23

24

25

26

27

28

---

                    NOTICE OF REMOVAL
                    CASE NO.

4816-2413-4161.1

1    PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453, as

2  amended by the Class Action Fairness Act of 2005 ("CAFA"), 1-800 Contacts, Inc. ("1-800

3  Contacts") hereby removes this action from the Superior Court of the State of California, County

4  of San Diego, to the United States District Court for the Southern District of California. The

5  grounds for removal are as follows:

6    1.    On August 15, 2012, Plaintiff Robert Reed ("Plaintiff") filed a Complaint in the

7  Superior Court of the State of California for the County of San Diego against 1-800 Contacts,

8  Inc., Case No. 37-2012-00102442-CU-MC-CTL (the "Complaint"). Attached hereto as Exhibit

9  "A" are true and correct copies of the Complaint, Summons, Civil Case Cover Sheet, and ADR

10  Information Packet.

11   2.    On September 27, 2012, 1-800 Contacts filed and served an Answer to the

12  Complaint, a true and correct copy of which is attached hereto as Exhibit "B."

13   3.    Exhibits "A" and "B" constitute all the process, pleadings, notices and orders

14  delivered to any party in the Superior Court action, and are hereby incorporated by reference.

15   4.    On August 29, 2012, the Complaint was personally served on 1-800 Contacts'

16  registered agent for service of process. Accordingly, this Notice of Removal is timely, as it is

17  filed within thirty (30) days of 1-800 Contacts' receipt of the Complaint. *See* 28 U.S.C.

18  §1446(b).

19  **REMOVAL IS PROPER UNDER CAFA**[1]

20   5.    This action is a civil action which may be removed to this Court by 1-800

21  Contacts pursuant to the provisions of 28 U.S.C. §§ 1332(d), 1441, and 1453.

22   6.    The Complaint was filed by Plaintiff on behalf of a putative class defined as: "All

23  natural persons who, while residing in and physically present in the State of California, and

24  during the applicable statute of limitations: (1) participated in at least one telephone

25  communication with a live representative of defendants that was recorded by defendants; (2)

26  were not notified by defendants that their telephone communication was being recorded; and (3)

27  [1] This Notice of Removal is based on the allegations in the Complaint, and is filed subject to and
28  with full reservation of rights. No admission of fact, law or liability is intended by this Notice of
Removal, and all defenses, motion and pleas are expressly reserved.

1 are identifiable through defendants' records. Excluded from the class are all employees of

2 defendants, all employees of defendants' counsel, and all employees of plaintiff's counsel."

3 (Complaint ¶ 9.) The Complaint further alleges that "during the twelve months preceding the

4 filing of this Complaint, defendants routinely recorded incoming and outgoing telephone

5 communications with customers who resided in and were physically present in the State of

6 California without notifying the customers that the communications were being recorded."

7 (Complaint ¶ 6.)

8        7.        The Complaint asserts one cause of action for violation of California Penal Code

9 section 630 *et seq.*, and pursuant to Penal Code section 637.2, seeks $5,000 in statutory damages

10 per recorded communication for Plaintiff and the Class members.

11        8.        CAFA provides that a class action against a non-governmental entity may be

12 removed if (1) the number of proposed class members is not less than 100; (2) any member of

13 the proposed class is a citizen of a State different from any defendant; and (3) the aggregate

14 amount in controversy, exclusive of interest and costs, exceeds $5,000,000. The Declaration of

15 Jason Campbell In Support of Notice of Removal ("Campbell Decl.") is being filed concurrently

16 with this Notice of Removal.

17 **NUMEROSITY**

18        9.        The Complaint alleges that "the Class consists of well over 100 members."

19 (Complaint ¶ 12.)

20 **DIVERSITY OF CITIZENSHIP**

21        10.        Plaintiff is a citizen and resident of the State of California. (Complaint ¶ 1.)

22 Plaintiff seeks to represent a class of California residents. (Complaint ¶ 9.) 1-800 Contacts is a

23 Delaware corporation, with its principal place of business in Utah. Accordingly, the "minimal

24 diversity" requirement that "any member of a class of plaintiffs is a citizen of a State different

25 from any defendant" under CAFA is satisfied for purposes of removal of this action. 28 U.S.C. §

26 1332(d)(2)(A).

27 **MATTER IN CONTROVERSY IN EXCESS OF $5,000,000**

28        11.        Where the complaint does not specify the amount of damages sought, the

2

4816-2413-4161.1

1    removing defendant's burden to establish amount in controversy is by a "preponderance of the

2    evidence." *Abrego v. Dow Chemical Co.*, 443 F.3d 676, 683 (9th Cir. 2006) (sufficient evidence

3    shows "more likely than not" that jurisdictional minimum is met). "The demonstration concerns

4    what the Plaintiff is claiming (and thus the amount in controversy between the parties) not

5    whether Plaintiff is likely to win or be awarded everything." *Brill v. Countrywide Home Loans,*

6    *Inc.*, 427 F.3d 446, 449 (7th Cir. 2005).

7        12.      CAFA provides that "[i]n any class action, the claims of the individual class

8    members shall be aggregated to determine whether the matter in controversy exceeds the sum or

9    value of $5,000,000, exclusive of interest and costs." 28 U.S.C. § 1332(d)(6). In the Complaint,

10    Plaintiff seeks statutory damages under Penal Code section 637.2 in the amount of $5,000 for

11    Plaintiff and each class member. (Complaint ¶ 19.) Thus, for purposes of illustration, the

12    amount in controversy requirement is met by a class of over one thousand members.

13        13.      For the 12 months preceding the filing of the Complaint, thousands of telephone

14    calls were received from California to 1-800 Contacts' Call Center. (Campbell Decl. ¶ 3.)

15        14.      Accordingly, based on the Complaint's allegations and 1-800 Contacts' call

16    volume from California, the $5,000,000 amount in controversy requirement is easily exceeded

17    here, exclusive of interest and costs.

18        15.      This action does not fall within any of the exclusions in 28 U.S.C. §§ 1332(d) and

19    1446 because 1-800 Contacts is not a citizen of the forum state of California.

20        16.      For all the foregoing reasons, this Court has original jurisdiction under 28 U.S.C.

21    §§ 1332(d), 1441, 1446 and 1453.

22        17.      Counsel for 1-800 Contacts certifies, pursuant to 28 U.S.C. § 1446(d), that it will

23    promptly give notice of filing this Notice of Removal to Plaintiff through his counsel of record

24    and will promptly file with the Clerk of the Superior Court of the State of California, County of

25    San Diego, a copy of this Notice of Removal.

26

27

28

4816-2413-4161.1

1   Dated:  September 27, 2012

                                        **FOLEY & LARDNER LLP**

2                                         ANDREW B. SERWIN
NANCY L. STAGG
TAMMY H. BOGGS

By:  _____
          ANDREW B. SERWIN
          ATTORNEYS FOR DEFENDANT 1-800
          CONTACTS

4

NOTICE OF REMOVAL
CASE NO.

4816-2413-4161.1