UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REED; individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1-800 CONTACTS, INC,<br><br>Defendant. | Civil No.   12cv2359-JM (BGS)<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On December 17, 2012, the Court held an Case Management Conference. The case did not settle. After consulting with the attorneys of record for the parties and being advised of the status of the case, and good cause appearing, based thereon, IT IS HEREBY ORDERED:

1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed on or before **January 17, 2013.**

3. Plaintiffs must file their motion for class certification no later than **June 17, 2013**.

4. Defendant must file its motion for summary judgment no later than **June 17, 2013.**

///

///

1

Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. Be further advised that the period of time between the date you request a motion date and the hearing date may vary from one judge to another. Please plan accordingly. For example, you may need to contact the judge's law clerk in advance of the motion cut-off to assess the availability of the Court's calendar. **Failure of counsel to timely request a motion date may result in the motion not being heard.**

4. The Court will hold a TELEPHONIC Status Conference with attorneys only on **<u>August 19, 2013</u>** at **1:30 p.m.** Plaintiff's counsel is responsible for coordinating and initiating the call to chambers.

Failure of any counsel or party to comply with this Order may result in the imposition of sanctions.

DATED: December 17, 2012

Hon. Bernard G. Skomal
U.S. Magistrate Judge
United States District Court