JAMES F. CLAPP (145814)
jclapp@sdlaw.com
JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122-1253
Tel: 858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REED, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>1-800 CONTACTS, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 12-cv-2359 JM BGS<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: August 26, 2013<br>Time: 10:00<br>Ctrm.: 5D<br>Judge: Hon. Jeffrey T. Miller |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 26, 2013 at 10:00 a.m. in Courtroom 5D of the above-captioned Court, located at 221 W. Broadway, San Diego, California, the Honorable Jeffrey T. Miller presiding, Plaintiff Robert Reed will and hereby does move the Court for an order preliminarily approving the proposed class action settlement agreement entered into by Plaintiff Robert Reed and Defendant 1-800 Contacts, Inc.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and is made on the ground that the proposed settlement agreement merits preliminary approval in view of the extent of discovery conducted in this action, the arm's-length nature of the settlement negotiations, the representation of the putative

1 class by experienced counsel, the terms of the settlement, and other factors relevant
2 to court approval of class action settlement agreements.
3     This motion is based on this Notice, the Memorandum of Points and
4 Authorities filed herewith, the Declaration of James F. Clapp filed herewith, the
5 Notice of Lodgment of Exhibits filed herewith, the court record in this action, and
6 any argument or evidence as the Court may consider at the hearing of this motion.

7 Dated: July 26, 2013          DOSTART CLAPP & COVENEY, LLP

9                                /s/ James T. Hannink
10                               JAMES T. HANNINK
                                 Attorneys for Plaintiff
11 568439.1