MICHAEL J. TUTEUR (*Pro Hac Vice*)
  mtuteur@foley.com
**FOLEY & LARDNER LLP**
111 HUNTINGTON AVENUE, SUITE 2500
BOSTON, MA  02199-7610
TELEPHONE:   617.342.4000
FACSIMILE:   617.342.4001

MICHAEL M. CONWAY (*Pro Hac Vice*)
  mconway@foley.com
MARTIN J. BISHOP (*Pro Hac Vice*)
  mbishop@foley.com
**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET, SUITE 2800
Chicago, IL  60654-5313
TELEPHONE:   312.832.4500
FACSIMILE:   312.832.4700

NANCY L. STAGG, SBN 157034
  nstagg@foley.com
**FOLEY & LARDNER LLP**
402 WEST BROADWAY, SUITE 2100
SAN DIEGO, CA  92101-3542
TELEPHONE:   619.234.6655
FACSIMILE:   619.234.3510

TAMMY H. BOGGS, SBN 252538
  tboggs@foley.com
**FOLEY & LARDNER LLP**
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA  92130-3302
TELEPHONE:   858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendant: 1-800 Contacts, Inc.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REED,<br><br>           Plaintiff,<br><br>     v.<br><br>1-800 CONTACTS, INC.,<br><br>           Defendant. | Case No: 12-cv-2359-JM-BGS<br><br>**DEFENDANT 1-800 CONTACTS, INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   August 26, 2013<br>Time:   10:00 a.m.<br>Dept:   5D<br>Judge:  Hon. Jeffrey T. Miller |

Pursuant to Local Civil Rule 7.1(e) and Chambers' Rules, Defendant 1-800 Contacts, Inc. files this statement of non-opposition to inform the Court that it does not oppose Plaintiff's Motion for Preliminary Approval of Class Action Settlement filed on July 26, 2013, Doc No. 40.

Dated:  August 9, 2013                    **FOLEY & LARDNER LLP**
MICHAEL J. TUTEUR
MICHAEL M. CONWAY
MARTIN J. BISHOP
NANCY L. STAGG
TAMMY H. BOGGS


By: /s/ Tammy H. Boggs
    TAMMY H. BOGGS
    Attorneys for Defendant 1-800
    CONTACTS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2013, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing has been sent to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Tammy H. Boggs
TAMMY H. BOGGS