UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REED, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>1-800 CONTACTS, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 12-cv-2359 JM BGS<br><br>**JUDGMENT** |

　　　WHEREAS, on January 2, 2014, the Court issued its Order Granting (1) Final Approval of Class Action Settlement, and (2) Motion for Attorney Fees, Litigation Expenses, and Plaintiff Enhancement Award (Dkt. 58) (the "Final Approval Order"); and

　　　WHEREAS, the parties have performed their obligations under the Settlement Agreement, and by virtue of the Final Approval Order, the "Effective Date" of the Settlement Agreement was January 2, 2014;

　　　NOW, THEREFORE, IT IS HEREBY ORDERED:

　　　1.　　Plaintiff Robert Reed and the Class Members who did not timely request exclusion from the settlement, on behalf of themselves and each of their heirs, representatives, successors, assigns, trusts, executors, and attorneys, have

released and discharged 1-800 Contacts, Inc., and each of its past and present officers, directors, employees, shareholders, members, partners, agents, representatives, predecessors, successors, affiliates, assigns, insurance companies, and attorneys, from any and all claims that were alleged in this Action, or which could have been alleged in this Action arising out of the facts alleged in this Action that took place from August 15, 2011 to September 10, 2012.

    2.    This Action is terminated with prejudice, provided, however, that the Court retains continuing jurisdiction over the parties and the class members to enforce the settlement agreement.

    IT IS SO ORDERED.

Dated: January 29, 2014

Jeffrey T. Miller,
United States District Judge